IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL ACTION FILE NO. 1:15-cv-41

| | |
|---|---|
| TD BANK, N.A., | ) |
|         Plaintiff | ) |
| v. | ) |
| | )   JUDGMENT AGAINST DEFENDANTS |
| LENOX SQUARE, LLC, LANDOVER BURKE LLC, JACK L. HUFFMAN and AUDRY S. HUFFMAN, | ) |
|         Defendants | ) |

Defendants Lenox Square, LLC, Landover Burke LLC, Jack L. Huffman, and Audry S. Huffman, having failed to plead or otherwise defend in this action and said Defendants' default having been entered;

NOW, upon application of Plaintiff and upon Affidavit, Defendants Lenox Square, LLC, Landover Burke LLC, Jack L. Huffman, and Audry S. Huffman are indebted to Plaintiff in the following amounts:

1. On Plaintiff's First Claim for Relief, that the amount due Plaintiff from Defendants Lenox Square, LLC, Jack L. Huffman, and Audry S. Huffman, jointly and severally, is Five Thousand Seventy-Six and 18/100 Dollars ($5,076.18), plus interest at the rate of One and 04/100 Dollars ($1.04) per day from and after November 26, 2014, until date of entry of judgment and thereafter at the legal rate until paid in full together with attorneys' fees in the amount of fifteen percent (15%) of the outstanding indebtedness at the time of the institution of this action; and

2. On Plaintiff's Second Claim for Relief, that the amount due Plaintiff from Defendants Landover Burke LLC, Jack L. Huffman and Audry S. Huffman, jointly and severally, is One Hundred Fifteen Thousand Five Hundred Seventy-Seven and 01/100 Dollars ($115,577.01), plus interest at the rate of Nineteen and 83/100 Dollars ($19.83) per day from and after November 26, 2014, until date of entry of judgment and thereafter at the legal rate until paid in full together with attorneys' fees in the amount of fifteen percent (15%) of the outstanding indebtedness at the time of the institution of this action; and

3. That Defendants Lenox Square, LLC, Landover Burke LLC, Jack L. Huffman and Audry S. Huffman have defaulted for failure to plead and that said Defendants are not infants or incompetent persons, and are not in the military service of the United States.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff recover as follows:

1. On Plaintiff's First Claim for Relief, that Plaintiff have and recover of Defendants Lenox Square, LLC, Jack L. Huffman and Audry S. Huffman, jointly and severally, the sum of Five Thousand Seventy-Six and 18/100 Dollars ($5,076.18), plus interest at the rate of One and 04/100 Dollars ($1.04) per day from and after November 26, 2014 until date of entry of judgment and thereafter at the legal rate until paid in full, plus reasonable attorneys' fees in the amount of Seven Hundred Seventy-Six and 40/100 Dollars ($776.40), which is fifteen percent (15%) of the outstanding indebtedness due and owing at the time suit was instituted on March 2, 2015 (being the amount of $5,176.02);

2. On Plaintiff's Second Claim for Relief, that Plaintiff have and recover of Defendants Landover Burke LLC, Jack L. Huffman, and Audry S. Huffman, jointly and severally, the sum of One Hundred Fifteen Thousand Five Hundred Seventy-Seven and 01/100 Dollars ($115,577.01), plus interest at the rate of Nineteen and 83/100 Dollars ($19.83) per day

from and after November 26, 2014 until date of entry of judgment and thereafter at the legal rate until paid in full, plus reasonable attorneys' fees in the amount of Seventeen Thousand Six Hundred Twenty-Two and 10/100 Dollars ($17,622.10), which is fifteen percent (15%) of the outstanding indebtedness due and owing at the time suit was instituted on March 2, 2015 (being the amount of $117,480.69); and

       3. That Plaintiff have and recover of Defendants Lenox Square, LLC, Landover Burke LLC, Jack L. Huffman and Audry S. Huffman, jointly and severally, the costs of this action.

Signed: June 9, 2015

_____
Frank G. Johns, Clerk
United States District Court